Aaron Waite, Bar #8992  
Edward Vasquez, Bar #8640  
Laron Lind, Bar #8334  
Sean D. Reyes, Bar # 7969  
Utah Attorney General  
Attorneys for the Utah State Tax Commission  
210 N 1950 W  
SALT LAKE CITY, UT 84134-9000  
Telephone: 801-297-6219  801-366-0375

In the United States Bankruptcy Court

For the District of UTAH

| In Re: | Bankruptcy Case Number: 23-20149 |
|---|---|
| WIGHTMAN, STEPHEN C<br>XXX-XX-8822 | Chapter: 13 |
| Debtor | OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN |

COMES NOW, the Utah State Tax Commission and objects to confirmation of Debtor's Chapter 13 plan pursuant to 11 U.S.C. Section 1324(a) and FRBP 3015. This objection is made on the grounds that the plan does not comply with 11 U.S.C. Section 1325, including 11 U.S.C. Section 1325(a)(9), as follows.

The Debtor(s) has/have failed to file the appropriate pre-petition tax returns with the Utah State Tax Commission as required by 11 U.S.C. Section 1308 for the following years: 2022

DATED this 2nd day of February, 2023

/s/ Aaron Waite  
Assistant Attorney General